IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

PEDRO LUNA,

          Plaintiff,

    v.

CAMDEN COUNTY,

          Defendant.

Civil Action
No. 16-8865 (JBS-AMD)


**MEMORANDUM OPINION**

**SIMANDLE, Chief District Judge**

Plaintiff Pedro Luna seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

Plaintiff submitted an application that is blank on pages 1-4. Plaintiff must complete every page of the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.


**April 24, 2017**          **s/ Jerome B. Simandle**
Date                    JEROME B. SIMANDLE
                       Chief U.S. District Judge